**85–1209.** State v. Scott. *Cuyahoga County,* No. 48609. Reported at 67 Ohio St.3d 1487, 621 N.E.2d 409. On motion for rehearing. Rehearing denied.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**86–512.** State v. Byrd. *Hamilton County,* No. C–830676. Reported at 67 Ohio St.3d 1487, 621 N.E.2d 409. On motion for rehearing and on motion to set execution date. Rehearing denied and motion to set execution date granted.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**86–1597.** State v. Holloway. *Hamilton County,* No. C–840871. Reported at 67 Ohio St.3d 1487, 621 N.E.2d 409. On motion for rehearing. Rehearing denied.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**87–243.** State v. Poindexter. *Hamilton County,* No. C–850394. Reported at 67 Ohio St.3d 1487, 621 N.E.2d 409. On motion for rehearing and on motion to set execution date. Rehearing denied and motion to set execution date granted.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**87–447.** State v. Henderson. *Hamilton County,* No. C–850557. Reported at 67 Ohio St.3d 1487, 621 N.E.2d 409. On motion for rehearing and on motion to set execution date. Rehearing denied and motion to set execution date granted.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**87–684.** State v. Greer. *Summit County,* No. 12258. Reported at 67 Ohio St.3d 1487, 621 N.E.2d 409. On motion for rehearing. Rehearing denied.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**88–1079.** State v. Hicks. *Hamilton County,* No. C–860173. Reported at 67 Ohio St.3d 1487, 621 N.E.2d 409. On motion for rehearing and on motion to set execution date. Rehearing denied and motion to set execution date granted.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**88–1286.** State v. Jamison. *Hamilton County,* No. C–850753. Reported at 67 Ohio St.3d 1487, 621 N.E.2d 409. On motion for rehearing and on motion to set execution date. Rehearing denied and motion to set execution date granted.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**89–70.** State v. Montgomery. *Lucas County,* No. L–86–395. Reported at 67 Ohio St.3d 1487, 621 N.E.2d 409. On motion for rehearing. Rehearing denied.

A.W. SWEENEY and WRIGHT, JJ., dissent.